IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: 4:21-cv-01557 |
| § | |
| vs. § | PATENT CASE |
| § | |
| MOBISOFT INFOTECH, LLC, § § | |
| Defendant. § § | |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Social Positioning Input Systems, LLC, and Defendant Mobisoft Infotech, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 22, 2021 Respectfully submitted,

/s/Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**SPONSEL MILLER GREENBERG PLLC**

/s/Thane Tyler Sponsel III
Thane Tyler Sponsel III
Attorney-In-Charge
Federal Bar No. 690068
Texas State Bar No. 24056361
Roger Greenberg
Federal ID No. 3932
Texas Bar No. 08390000
Allen Landon
Federal ID No. 3028753
Texas State Bar No. 24091870
50 Briar Hollow Ln., Suite 370 West
Houston, Texas 77027
Telephone: (713) 892-5400 11
Fax: (713) 892-5401
Email: sponsel@smglawgroup.com
Email: roger@smglawgroup.com
Email: allen.landon@smglawgroup.com

*Counsel for Defendant Mobisoft Infotech, LLC*

### CERTIFICATE OF SERVICE

    I hereby certify that on June 22, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/Jay Johnson_____
**JAY JOHNSON**

SO ORDERED this _____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**