UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 22, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Social Positioning Input Systems, LLC,<br><br>               Plaintiff,<br><br>*versus*<br><br>Mobisoft Infotech, LLC,<br><br>               Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      Civil Action H-21-1557 |

## Final Dismissal

Upon the agreement of the parties, the case is dismissed with prejudice.

(9)

Signed on June 22, 2021, at Houston, Texas.

*/s/ Lynn N. Hughes*
Lynn N. Hughes
United States District Judge